In the Matter of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property and to Conserve the Assets of the INTERNATIONAL REINSURANCE CORPORATION, DOVER, DELAWARE, and INDEPENDENCE INDEMNITY COMPANY; HOYT AVENUE GARDENS, INC., Appellant.

(Submitted March 2, 1936; decided March 10, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 507.)